**Samar AKINS, Plaintiff–Appellant**

v.

**Michael WILSON; Keith Morris, doing business as Morris Enterprises, Defendants–Appellees.**

No. 15–1144.

United States Court of Appeals, Eighth Circuit.

Submitted: March 25, 2015.

Filed: April 1, 2015.

---

[1] The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

**472**

Samar Akins, Lincoln, NE, pro se.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Samar Akins appeals the district court's[1] preservice dismissal, without prejudice, of his 42 U.S.C. § 1983 complaint. Upon careful de novo review, we conclude that the district court's dismissal was proper. *See* Fed.R.Civ.P. 12(h)(3) (requiring dismissal if court determines at any time that it lacks subject matter jurisdiction); *Hart v. United States,* 630 F.3d 1085, 1088 (8th Cir.2011) (dismissal for lack of subject matter jurisdiction reviewed de novo); *see also Bilal v. Kaplan,* 904 F.2d 14, 15 (8th Cir.1990) (per curiam) (jurisdiction must affirmatively appear clearly and distinctly in complaint; mere suggestion of federal question is not sufficient to establish jurisdiction).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.